**Hieda KEELER, Plaintiff–Appellant,**

v.

**Howard GWYNN, Commonwealth's Attorney for Commonwealth of Virginia, Defendant–Appellee.**

No. 15–2256.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 14, 2016.

Decided: Jan. 19, 2016.

Hieda A. Keeler, Appellant Pro Se. Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellee.

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hieda A. Keeler appeals the district court's order dismissing her civil rights complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Keeler's informal brief does not challenge the basis for the district court's disposition, Keeler has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*